1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7168

7 | Facsimile: (415) 436-7234

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0118 MMC |
|---|---|---|
| Plaintiff, | ) | MOTION TO CONTINUE |
| | ) | CHANGE OF PLEA DATE and |
| v. | ) | (PROPOSED) ORDER |
| ELMER BONILLA, | ) | |
| Defendant. | ) | |

So that all terms of the plea agreement may be completed and agreed to prior to entry of plea, the parties hereby move the Court to continue the hearing date currently set for March 21,

//
//
//
//
//
//
//

MOTION AND [PROPOSED] ORDER TO CONTINUE
CR 06-0087 PJH

2007 at 2:30 p.m., and set a date of March 28, 2007, or other convenient date set by the Court.

Respectfully stipulated and submitted,

DATED: July 24, 2006

_____  /s/_____
                                                                C. DAVID HALL
                                                                Assistant United States Attorney


_____  /s/_____
                                                                CHRISTOPHER J. CANNON
                                                                Attorney for Mr. Bonilla

The ~~sentencing~~ hearing date currently set for ~~February 24~~ March 21, 2007 at 2:30 p.m., is continued to the date of ~~May 16~~ March 28, 2007 at 2:30 p.m, as to defendant Elmer Bonilla.

IT IS SO ORDERED:

*Maxine M. Chesney*
MAXINE M. CHESNEY , UNITED STATES DISTRICT COURT JUDGE

Dated: March 20, 2007

MOTION AND [PROPOSED] ORDER TO CONTINUE
CR 06-0087 PJH                                           2